**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HEARTLAND EMPLOYMENT SERVICES, LLC, | : | No. 220 MAL 2019 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL BOARD (EBNER), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 17th day of September, 2019, the Petition for Allowance of Appeal is **DENIED,** and the Request for Supersedeas is **DENIED**.